IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THOMAS E. BURNETT, SR., *et al.* | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 1:02CV01616 (JR) |
| | ) | |
| AL BARAKA INVESTMENT AND DEVELOPMENT | ) | |
| DEVELOPMENT CORPORATION | ) | |
| | ) | |
| Defendants | ) | |

NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned members of the Bar of this court hereby enter their appearance on behalf of the defendant His Royal Highness Prince Sultan bin Abdulaziz Al-Saud (D 86).

/s/
William H. Jeffress, Jr.
D.C. Bar No. 041152

/s/
Christopher R. Cooper
D.C. Bar No. 453387

/s/
Sara Kropf

Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Phone: (202) 639-7700
Fax: (202) 639-7890