UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
THOMAS BURNETT, SR., et al.,      :
                                  :
        Plaintiffs,               :
                                  :
    v.                            :  Civil Action No. 02-1616 (JR)
                                  :
AL BARAKA INVESTMENT AND          :
DEVELOPMENT CORPORATION, et al.,  :
                                  :
        Defendants.               :
```

### ORDER

For the reasons set forth in the accompanying memorandum, the motion to dismiss [#60] of defendant Soliman J. Khudeira (D70) for lack of personal jurisdiction is **denied**; for improper venue is **denied**; and for failure to state a claim is **granted** on the RICO claim and **denied without prejudice** as to all other claims.  The motion to dismiss [#62] of defendant Al Haramain Islamic Foundation, Incorporated (D56) for lack of personal jurisdiction is **denied**; for improper venue is **denied**; and for failure to state a claim is **granted** on the RICO, negligence, and negligent infliction of emotional distress claims and **denied** as to all other claims.  The motion to dismiss [#64] of defendant Al Rajhi Banking and Investment (D4) for lack of subject matter jurisdiction is **denied**; on the ground of nonjusticiability is **denied**; for failure to state a claim is **granted** on the RICO claim and **denied without prejudice** as to all other claims; and for personal jurisdiction is **held in abeyance**

pending jurisdictional discovery.  The motion [#83] to dismiss and for a more definite statement of defendant Muslim World League (D21) is **denied** on all grounds.

                                        JAMES ROBERTSON
                                   United States District Judge