UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS BURNETT, SR., in his own right as the Father of THOMAS E. BURNETT, JR., Deceased, et al., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>AL BARAKA INVESTMENT AND :<br>DEVELOPMENT CORPORATION, a/k/a :<br>AL BARAKA BANK a/k/a DALLAH :<br>ALBARAKA GROUP, LLC, et al., :<br>:<br>Defendants. : | CIVIL ACTION<br>CASE NUMBER   1-02-01616-JR |

## NOTICE OF SERVICE BY PUBLICATION

Come now the Plaintiffs, by counsel, and hereby provide this Court with notice of service of process by publication on certain Defendants. Plaintiffs inform the Court as follows:

1.  On March 25, 2003, this Court approved service of Defendants located in the Middle East through service by publication. (*See* Docket No. 95). The Plaintiffs have now completed this service of process by publication, and file this pleading to serve as notice of same.

2.  Pursuant to this Order, the following Defendants have been served by publication in the *International Herald Tribune* and *Al-Quds Al-Arabi* newspapers: ABDUL RAHMAN AL SWAILEM (D95), ABDULLAH BIN ABDUL MUHSEN AL TURKI (D158), ABDULAH BIN SALEH AL OBAID (D23), ABDULLAH SULAIMAIN AL-RAJHI (D89), ABDULRAHMAN BIN KHALID BIN MAHFOUZ (D82), ADEL ABDUL BATTERJEE (D93), AHMED ALI JUMALE (D170), AL BARAKAAT EXCHANGE (D5), AL HARAMAIN FOUNDATION a/k/a AL HARAMAIN ISLAMIC FOUNDATION (D54), AQUEEL AL AQUEEL (D94), BAKR M. BIN LADEN (D180), DELTA OIL COMPANY (D101), HASSAN BAHFZALLAH (D24), KHALID SULAMAIN AL-RAJHI (D90), KHALID SALIM BIN MAFOUZ a/k/a

SHEIK KHALID BIN MAFOUZ (D81), MOHAMMED JAMAL AL KHALIFA (D92), MUSLIM WORLD LEAGUE a/k/a RABITA AL-ALAM AL-ISLAMI a/k/a ISLAMIC WORLD LEAGUE (D21), NATIONAL COMMERCIAL BANK (D2), SHAHIR ABDULRAOOF BATTERJEE (D67), TADAMON ISLAMIC BANK (D8), TARIK BIN LADEN (D79), WA'EL HAMZA JALAIDAN (D96), OMAR BIN LADEN (D181), OSAMA BIN LADEN (D78), SALEH ABDUL AZIZ AL RAJHI (D88), SAUDI BIN LADIN GROUP a/k/a BIN LADEN CORP. (D80), SULAMAIN BIN ABDUL AZIZ AL RAJHI (D87), YASSIN ABDULLAH AL KADI (D91), YOUSEF JAMEEL (D201), IBRAHIM MUHAMMAD AFANDI (D202), MOHAMMED BIN ABDULLAH AL-JOMAIH (D203), ABDULRAHMAN HASSAN SHARBATLY (D204), SALAHUDDIN ABDULJAWAD (D205), AHMAD AL HARBI (D207), MOHAMMED AL-ISSAI (D208), HAMAD HUSSAINI (D209), ABU RIDA AL SURI a/k/a MOHAMED LOAY BAYAZID (D210), SAUDI RED CRESCENT (D211), AHMED BRAHIM (D212), MOHAMMED ALI HASAN MOAYAD (D199), ABU MUSAB AL-ZARQAWI (D213), AYMAN AL-ZAWAHIRI (D214), ABU IBRAHIM AL-MASRI (D215), SULMAN AL-OUDA (D220), SAFAR AL-HAWALI (D221), SALEH AL-HUSSAYEN (D222), MUHAMMAD J. FAKIHI (D224), and FAISAL ISLAMIC BANK (D3).

3. The Legal Notice regarding the instant lawsuit appeared in the *International Herald Tribune* on May 23, 30 and June 6, 13, 20 and 27, 2003. An affidavit from the *International Herald Tribune* and copies of the Legal Notices are attached hereto as Exhibit A.

4. The Legal Notice regarding the instant case appeared in *Al-Quds Al-Arabi* on June 3, 11, 18 and 24 and July 12 and 14, 2003. A letter from *Al-Quds Al-Arabi* and copies of the Legal Notices are attached hereto as Exhibit B.

WHEREFORE, the Plaintiffs herein notify the Court and the parties of this completion of service by publication.

Dated: August 8, 2003                        Respectfully Submitted:

/S/ Harry Huge
Harry Huge, Esq. (DC Bar No. 55640)
HARRY HUGE LAW FIRM, LLP
401 Ninth Street, N.W., Suite 450
Washington, DC 20004
Telephone: (202) 824-6046
Facsimile: (202) 318-1261