**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS BURNETT, SR., *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 02-1616 (JR) |
| AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, *et al.*, | : |
| Defendants. | : |

**ORDER**

For the reasons set forth in the accompanying memorandum, the motion to dismiss of defendant Prince Turki Al-Faisal bin Abdulaziz Al-Saud [142] is **granted**, and the claims against him will be **dismissed**; the motion to dismiss of defendant Prince Sultan bin Abdulaziz Al-Saud [110] is **granted**: the claims against him in his official capacity will be **dismissed**, and the claims against him in his personal capacity will be **dismissed without prejudice**.

JAMES ROBERTSON
United States District Judge